# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARGILL, INC., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-2036** |
| **DEGESCH AMERICAS INC., ET AL** | **SECTION: "R" (4)** |

## ORDER

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore the Settlement Conference **(Rec. Doc. #95)** scheduled for January 8, 2014, at 2:00 p.m. is **Cancelled.** A copy of the correspondence is attached to this Order.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

New Orleans, Louisiana, this 6th day of January 2014

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Chief Judge Sarah S. Vance**

# FAY, NELSON & FAY, LLC

ATTORNEYS AND COUNSELORS AT LAW

ENERGY CENTRE SUITE 2900
1100 POYDRAS STREET
NEW ORLEANS, LA 70163

JOHN F. FAY, JR.
(504) 628-3084
jfay@faynelsonfay.com

TELEPHONE (504) 799-2252
FACSIMILE (504) 383-8920

January 6, 2014

**VIA EMAIL** *(efile-roby@laed.uscourts.gov)*

Magistrate Judge Karen Wells Roby
United States Federal District Court
Hale Boggs Federal Building
500 Poydras Street, Rm. B437, Div. 4
New Orleans, LA 70130

      Re:    *Cargill, Inc., et al. v. Degesch Americas Inc., et al.*,
                USDC, EDLA, C.A. No. 11-2036, Sec. R(4)

Dear Magistrate Judge Roby:

      This letter will confirm my telephone discussion with Your Honor's chambers advising the Court that the parties to the above-referenced civil action have reached a full and final settlement of all claims in the action. Accordingly, we request that the settlement conference scheduled for January 8th be cancelled and that the Court enter a conditional order of dismissal pending finalization of the settlement. The terms of the settlement call for payment of the settlement amount within 90 days, and therefore, the parties request that the Court's order of dismissal as of settlement reflect that the plaintiffs shall have 90 days to re-open the matter if the settlement is not finalized.

      Thank you for your consideration of this matter.

      With best regards, we remain

                            Sincerely,

                            **FAY, NELSON & FAY, LLC**

                            John F. Fay, Jr.

JFF

cc:    Honorable Sarah S. Vance *(via e-mail efile-vance@laed.uscourts.gov)*
        Michael L. Vincenzo, Esq. *(via e-mail mvincenzo@kingkrebs.com)*