# KING KREBS & JURGENS PLLC

COUNSELORS AT LAW

201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LOUISIANA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233

HENRY A. KING (1)
PATRICIA A. KREBS (1)
GEORGE B. JURGENS III
ROBERT J. BURVANT (1)
J. GRANT COLEMAN, LLM (2)(4)
ERIC E. JARRELL
LEN R. BRIGNAC (1)(3)(5)
TIMOTHY S. MADDEN
ROBERT J. STEFANI (1)(2)(7)
JAMES D. BERCAW

LINDSAY A. LARSON III
DAVID A. STRAUSS (1)(8)
JEFFREY M. BURMASTER
DOUGLAS P. MATTHEWS
MICHAEL L. VINCENZO
CHRISTIAN A. GARBETT (1)
JOHN A. CANGELOSI
ADAM P. MASSEY
MEGAN C. MISKO (1)(11)

HOUSTON OFFICE:
6363 Woodway, Suite 820
HOUSTON, TEXAS 77057
PHONE: (713) 334-5844
FAX: (713) 334-5828

AFFILIATED OFFICES:
NEW DELHI, INDIA

JOSEPH A. DEVALL, JR
SUSAN E. DINNEEN (2)(10)
MICHAEL J. CERNIGLIA (12)
BRENT M. BURNS
JOANNE MANTIS (6)
R. DANIEL SERIO, JR.
JASMINE GOROWARA, LLM

KRYSTIN M. FRAZIER
CAROLYN S. BUCKLEY
BENJAMIN E. GONSOULIN
KOURTNI R. MASON
FABIAN M. NEHRBASS

Of Counsel:
SARAH S. MONSOUR
JOSEPH R. MESSA (9)

(1) ALSO ADMITTED IN TEXAS
(2) ALSO ADMITTED IN WASHINGTON, D.C.
(3) ALSO ADMITTED IN FLORIDA

(4) TAX LAW SPECIALIST
CERTIFIED BY THE LOUISIANA
BOARD OF LEGAL SPECIALIZATION
(9) REGISTERED PATENT ATTORNEY

(5) ALSO ADMITTED IN GREECE
(7) ALSO ADMITTED IN NEW YORK
(8) ALSO ADMITTED IN ILLINOIS
(6) ADMITTED IN TEXAS ONLY

(10) ALSO ADMITTED IN MARYLAND
(11) ALSO ADMITTED IN TENNESSEE
(12) ALSO ADMITTED IN COLORADO

WRITER'S DIRECT LINE: (504) 582-3810
E-MAIL: mvincenzo@kingkrebs.com

January 3, 2014

*Via fax to: (504) 589-7598*
Honorable Sarah S. Vance
Chief Judge, Section R
United States District Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Room C255
New Orleans, LA 70002

*Attention: Mike*

> Re:  **Cargill, Inc. v. Degesch America, Inc.,**
>      **USDC, EDLA, C. A. #11-CV-02036, "R" (4)**

Dear Mike:

I am writing to advise the Court that the parties have reached a settlement of this matter. Under the terms of the agreement, payment is to be finalized in 90 days. Therefore I am requesting that the Order of Dismissal be set for 90 days.

Please let me know if you have any questions or require any additional information.

Very truly yours,

Michael L. Vincenzo

MLV:lm
cc:  John Fay
     Mike DeCamps
     Henry A. King

{N0785036 -}